Ronald L. Berenstain, WSBA No. 7573
RBerenstain@perkinscoie.com
Angela R. Martinez, WSBA No. 38326
AMartinez@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
ITRON, INC., MALCOLM UNSWORTH,
and STEVEN M. HELMBRECHT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILL COADY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ITRON, INC., MALCOLM UNSWORTH, and STEVEN M. HELMBRECHT,<br><br>Defendants. | No. cv-11-077-RMP<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ITRON, INC. |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Itron, Inc. ("Itron") states that it does not have a parent corporation. Itron further states that BlackRock, Inc., a publicly-held corporation, owns 10% or more of Itron's stock.

CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
ITRON, INC. – 1

10145-6012/LEGAL20421399.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: March 16, 2011

**PERKINS COIE LLP**

By:  s/Ronald L. Berenstain
    Ronald L. Berenstain, WSBA No. 7573
    RBerenstain@perkinscoie.com
    Angela R. Martinez, WSBA No. 38326
    AMartinez@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendants
ITRON, INC., MALCOLM UNSWORTH,
and STEVEN M. HELMBRECHT

CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
ITRON, INC. – 2

10145-6012/LEGAL20421399.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Steven W. Berman
    Karl P. Barth
    Tyler Weaver
    Hagens Berman Sobol Shapiro
    1918 Eighth Ave., Ste. 3300
    Seattle, WA 98101

DATED: March 15, 2011    **PERKINS COIE LLP**

    By: s/Ronald L. Berenstain
        Ronald L. Berenstain, WSBA No. 7573
        RBerenstain@perkinscoie.com
        Angela R. Martinez, WSBA No. 38326
        AMartinez@perkinscoie.com
    1201 Third Avenue, Suite 4800
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000

    Attorneys for Defendants
    ITRON, INC., MALCOLM UNSWORTH,
    and STEVEN M. HELMBRECHT

CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
ITRON, INC. – 3

10145-6012/LEGAL20421399.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000