THE HONORABLE ROSANNA MALOUF PETERSON

STEVE W. BERMAN, WSBA No. 12536
TYLER WEAVER, WSBA No. 29413
KARL P. BARTH, WSBA No. 22780
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ITRON, INC., *et al.*,<br><br>Defendants. | No. 2:11-cv-00077-RMP<br><br>PRAECIPE |

Pursuant to the Clerk's Deficiency Notice dated August 23, 2011, Plaintiffs hereby attach a corrected signature page to the Consolidated Complaint For Violations of Federal Securities Laws filed on August 22, 2011 [Dkt No. 26].

PRAECIPE - 1
(2:11-cv-00077-RMP)



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010236-11 470107 V1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 23, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 3 | | X. JAY ALVAREZ |
| 4 | | JENNIFER L. GMITRO |
| | | 655 West Broadway, Suite 1900 |
| 5 | | San Diego, CA 92101-3301 |
| | | Telephone: 619/231-1058 |
| 6 | | 619/231-7423 (fax) |
| | | jaya@rgrdlaw.com |
| 7 | | jgmitro@rgrdlaw.com |
| 8 | | Lead Counsel for Plaintiffs |
| 9 | | |
| 10 | | s/ Karl P. Barth |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 11 | | STEVE W. BERMAN, WSBA #12536 |
| | | KARL P. BARTH, WSBA #22780 |
| 12 | | JENIPHR BRECKENRIDGE, WSBA #21410 |
| | | 1918 8th Avenue, Suite 3300 |
| 13 | | Seattle, WA 98101 |
| | | Telephone: 206/623-7292 |
| 14 | | 206/623-0594 (fax) |
| | | steveb@hbsslaw.com |
| 15 | | karlb@hbsslaw.com |
| | | jeniphrb@hbsslaw.com |
| 16 | | Liaison Counsel |
| 17 | | VANOVERBEKE MICHAUD |
| 18 | | & TIMMONY, P.C. |
| | | THOMAS C. MICHAUD |
| 19 | | 79 Alfred Street |
| | | Detroit, MI 48201 |
| 20 | | Telephone: 313/578-1200 |
| | | 313/578-1201 (fax) |
| 21 | | Additional Counsel for Plaintiff |

PRAECIPE - 2
(2:11-cv-00077-RMP)


1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010236-11 470107 V1

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **X Jay Alvarez**
  jaya@rgrdlaw.com
- **Karl P Barth**
  karlb@hbsslaw.com,dawn@hbsslaw.com,shelbys@hbsslaw.com
- **Ronald L Berenstain**
  rberenstain@perkinscoie.com,docketsea@perkinscoie.com,jstarr@perkinscoie.com
- **Steve W Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com
- **Jennifer L Gmitro**
  jgmitro@rgrdlaw.com,hectorm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Sean C Knowles**
  sknowles@perkinscoie.com,docketsea@perkinscoie.com,jnorville@perkinscoie.com,KRobinson@perkinscoie.com
- **Angela Rene Martinez**
  AMartinez@perkinscoie.com,docketsea@perkinscoie.com,jbrasser@perkinscoie.com
- **Austin Rice-Stitt**
  aricestitt@perkinscoie.com,kklemperer@perkinscoie.com,docketsea@perkinscoie.com
- **Tyler S Weaver**
  tyler@hbsslaw.com,carrie@hbsslaw.com



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010236-11 470107 V1

1. DATED: August 23, 2011.

    HAGENS BERMAN SOBOL SHAPIRO

    By   /s/ Karl P. Barth
    Steve W. Berman, WSBA #12536
    Karl P. Barth, WSBA #22780
    Tyler Weaver, WSBA #29413
    1918 Eighth Avenue, Suite 3300
    Seattle, Washington 98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    karlb@hbsslaw.com

PRAECIPE - 4
(2:11-cv-00077-RMP)



1918 E‌IGHTH A‌VENUE, S‌UITE 3300 • S‌EATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010236-11 470107 V1