THE HONORABLE ROSANNA MALOUF PETERSON

Ronald L. Berenstain, WSBA No. 7573
Sean C. Knowles, WSBA No. 39893
Angela R. Martinez, WSBA No. 38326
Austin J. Rice-Stitt, WSBA No. 42166
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
RBerenstain@perkinscoie.com
SKnowles@perkinscoie.com
AMartinez@perkinscoie.com
ARiceStitt@perkinscoie.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| CITY OF ROYAL OAK RETIREMENT SYSTEM, et al., Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ITRON, INC., MALCOLM UNSWORTH, and STEVEN M. HELMBRECHT,<br><br>Defendants. | No. cv-11-077-RMP<br><br>CLASS ACTION<br><br>MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS<br><br>NOTE FOR MOTION CALENDAR:<br>February 23, 2011<br>2:00 p.m.<br><br>ORAL ARGUMENT REQUESTED |

Defendants respectfully move this Court pursuant to Federal Rule of Civil Procedure ("Rule") 9(b) and Rule 12(b)(6) for and Order Granting

MOTION TO DISMISS CONSOLIDATED COMPLAINT – 1

LEGAL21905356.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Motion to Dismiss Consolidated Complaint for Violations of Federal Securities Laws.

    In support of this motion, Defendants submit the following:

- Memorandum of Law in Support of Motion to Dismiss Consolidated Complaint for Violations of Federal Securities Laws

- Declaration of Sean C. Knowles in Support of Motion to Dismiss Consolidated Complaint for Violations of Federal Securities Laws; *see also* related Request for Judicial Notice in Support of Motion to Dismiss Consolidated Complaint for Violations of Federal Securities Laws, filed concurrently herewith.

- [Proposed] Order Granting Motion to Dismiss Consolidated Complaint for Violations of Federal Securities Laws.

MOTION TO DISMISS CONSOLIDATED COMPLAINT – 2

LEGAL21905356.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: October 21, 2011 | **PERKINS COIE LLP** |
| | By: s/Ronald L. Berenstain |
| | Ronald L. Berenstain, WSBA No. 7573<br>Sean C. Knowles, WSBA No. 39893<br>Angela R. Martinez, WSBA No. 38326<br>Austin Rice-Stitt, WSBA No. 42166 |
| | 1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>RBerenstain@perkinscoie.com<br>SKnowles@perkinscoie.com<br>AMartinez@perkinscoie.com<br>ARicestitt@perkinscoie.com |
| | Attorneys for Defendants |

MOTION TO DISMISS CONSOLIDATED COMPLAINT – 3

LEGAL21905356.1

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Steven W. Berman
Karl P. Barth
Tyler Weaver
Hagens Berman Sobol Shapiro
1918 Eighth Ave., Ste. 3300
Seattle, WA 98101

Jennifer L Gmitro
X Jay Alvarez
Robbins Geller Rudman & Dowd LLP
655 West Broadway Avenue, Suite 1900
San Diego, CA 92101

**PERKINS COIE LLP**

By: s/Ronald L. Berenstain
Ronald L. Berenstain, WSBA #7573
RBerenstain@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants

MOTION TO DISMISS CONSOLIDATED COMPLAINT – 4

LEGAL21905356.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000